# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In
Re:  Debtor(s)
**Stephanie Wimbush Woods**
138 Greison Trail
Apt 5107
Newnan, GA 30263

**xxx–xx–0134**

Case No.: **24–11090–lrc**
Chapter:  **13**
Judge:  **Lisa Ritchey Craig**

## ORDER OF DISMISSAL

The Debtor(s) has filed a request for dismissal pursuant to 11 U.S.C. Section 1307(b). Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

Lisa Ritchey Craig
United States Bankruptcy Judge

Dated:  May 14, 2026

Form 164

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                         Case No. 24-11090-lrc

Stephanie Wimbush Woods                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-7                           User: bncadmin                              Page 1 of 3

Date Rcvd: May 14, 2026                        Form ID: 164                                Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Wimbush Woods, 138 Greison Trail, Apt 5107, Newnan, GA 30263-1597 |
| cr | + | Progress Residential Borrower 21, LLC, The Totten Firm, 2090 Dunwoody Club Dr, Suite 106-33, Atlanta, GA 30350-5434 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | May 15 2026 00:09:00 | Bridgecrest Credit Company, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 24889532 | | Email/Text: support@creditrentboost.com | May 14 2026 20:45:32 | Credit Rent Boost, Attn: Bankruptcy, 3101 N Central Ave #225, Phoenix, AZ 85012 |
| 24889524 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 14 2026 20:49:26 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 24889525 | + | Email/Text: bankruptcy@acacceptance.com | May 14 2026 20:45:00 | American Credit Acceptance, 961 East Main St, 2nd Floor, Spartanburg, SC 29302-2185 |
| 24889526 | + | Email/Text: rm-bknotices@bridgecrest.com | May 14 2026 20:46:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 24889528 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | May 14 2026 20:44:00 | CarMax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek Pkwy, Richman, VA 23238 |
| 24889527 | + | EDI: CAPITALONE.COM | May 15 2026 00:09:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 24974810 | + | Email/Text: rm-bknotices@bridgecrest.com | May 14 2026 20:46:00 | Carvana, LLC, Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 24989868 | + | EDI: AISACG.COM | May 15 2026 00:09:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 24889530 | + | Email/Text: bankruptcy@credencerm.com | May 14 2026 20:46:00 | Credence Resource Management, LLC, Attn: Bankruptcy, PO Box 2300, Southgate, MI 48195-4300 |
| 24889531 | + | Email/PDF: creditonebknotifications@resurgent.com | May 14 2026 20:49:03 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 24889533 | + | EDI: MAXMSAIDV | May 15 2026 00:09:00 | Department of Education/Nelnet, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 24889534 | | Email/Text: rentsupport@esusu.org | May 14 2026 20:44:00 | Esusu, Attn: Bankruptcy, 215 West 125th Street, New York, NY 10027 |

District/off: 113E-7 User: bncadmin Page 2 of 3

Date Rcvd: May 14, 2026 Form ID: 164 Total Noticed: 35

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 24889536 | | Email/Text: BNSFN@capitalsvcs.com | May 14 2026 20:44:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117 |
| 24889538 | | Email/Text: BNSFS@capitalsvcs.com | May 14 2026 20:44:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 24889539 | | Email/Text: BNSFS@capitalsvcs.com | May 14 2026 20:44:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117 |
| 24889535 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 14 2026 20:49:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 24889537 | + | EDI: AMINFOFP.COM | May 15 2026 00:09:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 24889540 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 14 2026 20:44:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 25128676 | | EDI: GADEPTOFREV | May 15 2026 00:09:00 | Georgia Department of Revenue, 2595 Century Parkway, NE Ste 339, Atlanta, GA 30345-3173 |
| 24889542 | | EDI: GADEPTOFREV | May 15 2026 00:09:00 | Georgia Department of Revenue, Bankruptcy Unit, 1800 Century Blvd, NE, Ste 9100, Atlanta, GA 30345 |
| 24889541 | + | Email/Text: ANGIES@GENESISCRED.COM | May 14 2026 20:45:00 | Genesis Credit Management, Attn: Bankruptcy, PO Box 3630, Everett, WA 98213-8630 |
| 24889543 | | EDI: IRS.COM | May 15 2026 00:09:00 | Internal Revenue Service, 401 W. Peachtree St NW, Stop 334-D, Atlanta, GA 30308-3539 |
| 24889544 | + | Email/Text: bankruptcy@kikoff.com | May 14 2026 20:44:00 | Kikoff Lending Llc, 75 Broadway, San Francisco, CA 94111-1423 |
| 24981506 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2026 20:49:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 24889545 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 14 2026 20:44:00 | NMAC, Attn: bankruptcy dept, PO Box 660366, Dallas, TX 75266-0366 |
| 24979587 | + | Email/Text: bankruptcy@gopfs.com | May 14 2026 20:46:00 | PRESTIGE FINANCIAL SERVICES, PO BOX 26707, SALT LAKE, UT 84126-0707 |
| 24889546 | ^ | MEBN | May 14 2026 20:30:10 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 24889547 | + | Email/Text: bknotices@progressresidential.com | May 14 2026 20:46:00 | Progress Residential, 2658 Holcomb Bridge Rd. #118, Alpharetta, GA 30022-6822 |
| 24889548 | ^ | MEBN | May 14 2026 20:30:09 | Receivable Management Services. LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 24889549 | | Email/Text: collections@transformcredit.com | May 14 2026 20:44:00 | Transform Credit Inc, Attn: Bankruptcy, 332 S Michigan Ave, 9th Floor, Chicago, IL 60604 |
| 24889550 | + | Email/Text: bkelectronicnotices@usaa.com | May 14 2026 20:43:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 24890651 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | May 14 2026 20:45:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 24889529 | ##+ | Catera Woods, 33 Valencia Lane, Newnan, GA 30263-1196 |

District/off: 113E-7                                    User: bncadmin                                           Page 3 of 3
Date Rcvd: May 14, 2026                                Form ID: 164                                         Total Noticed: 35
TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carrie L Oxendine | on behalf of Debtor Stephanie Wimbush Woods E-Notice@mattberry.com;berry.associates.carrie@gmail.com;Oxendine.CarrieB147380@notify.bestcase.com |
| Kelly D. Thomas | on behalf of Debtor Stephanie Wimbush Woods E-Notice@mattberry.com;berry.associates.kelly@gmail.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 21  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Matthew Thomas Berry | on behalf of Debtor Stephanie Wimbush Woods E-Notice@mattberry.com;berry.associates.matt@gmail.com;ecf.gan.t1@sitekitmail.com;ecf.gan.t2@sitekitmail.com;ecf.gan.t3@sitekitmail.com;ecf.gan.t4@sitekitmail.com;ecf.gan.t5@sitekitmail.com |
| Melissa J. Davey | mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com |

TOTAL: 5