# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia
Newnan Division 18 Greenville Street
Newnan, GA 30263
678−423−3000

| | | |
|---|---|---|
| In Re: | **Stephanie Wimbush Woods** | Case No.: **24−11090−lrc**<br>Chapter: **13**<br>Judge: **Lisa Ritchey Craig** |
| | Debtor(s) | |

## ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT

To: Winpak Films

It appearing that this case was DISMISSED on 5/14/26,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above−referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 5/29/26

_____

Lisa Ritchey Craig
UNITED STATES BANKRUPTCY JUDGE

Dated: May 29, 2026

Form termedo −08/2019

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                          Case No. 24-11090-lrc

Stephanie Wimbush Woods                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-7 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: termedo | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephanie Wimbush Woods, 138 Greison Trail, Apt 5107, Newnan, GA 30263-1597 |
|  | + Winpak Films, 100 Wilhuri Parkway, Senoia, GA 30276-3487 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carrie L Oxendine | on behalf of Debtor Stephanie Wimbush Woods E-Notice@mattberry.com;berry.associates.carrie@gmail.com;Oxendine.CarrieB147380@notify.bestcase.com |
| Kelly D. Thomas | on behalf of Debtor Stephanie Wimbush Woods E-Notice@mattberry.com;berry.associates.kelly@gmail.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 21 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Matthew Thomas Berry | on behalf of Debtor Stephanie Wimbush Woods E-Notice@mattberry.com;berry.associates.matt@gmail.com;ecf.gan.t1@sitekitmail.com;ecf.gan.t2@sitekitmail.com;ecf.gan.t3@sitekitmail.com;ecf.gan.t4@sitekitmail.com;ecf.gan.t5@sitekitmail.com |
| Melissa J. Davey | mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com |

District/off: 113E-7                          User: bncadmin                          Page 2 of 2
Date Rcvd: May 29, 2026                       Form ID: termedo                        Total Noticed: 2
TOTAL: 5